```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, et ux.,        )
                                  )
          Plaintiffs,             )
                                  )
     v.                           ) Civil Action No. 05-1880 RWR
                                  )
UNITED STATES OF AMERICA,  ___    )
                                  )
          Defendant.              )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to March 15, 2006, within which to respond to the Complaint and notice of related cases[1] in the above action. Counsel for Plaintiffs, Elaine Mittleman, Esq., has indicated this date that Plaintiffs do not oppose this enlargement of time.

This request is made, because, counsel for Defendant is in the process of gathering the documentation relating to Plaintiffs' numerous prior law suits for the purpose of addressing the defenses in this case. Counsel anticipates the filing of a dispositive motion upon receipt of this documentation, but has not yet had sufficient time to gather the needed information. In addition, counsel must prepare in the next month for two Court of Appeals arguments and a trial

---

[1] Plaintiff has indicated that the above case is related to Larry Williams v. United States, Civil Action No. 92-2418 NHJ. Defendant believes that it may also be related to the case of Larry Williams v. United States, Civil Action No. 98-736 GK.

scheduled in March. These and other responsibilities have not allowed for the drafting of the anticipated dispositive motion in this action.

Accordingly, Defendant requests this enlargement of time. A proposed Order consistent with this motion is attached.

                    Respectfully submitted,

                    _____
                    KENNETH L. WAINSTEIN, DC Bar #451058
                    United States Attorney

                    _____
                    R. CRAIG LAWRENCE, DC Bar #171538
                    Assistant United States Attorney

                    _____
                    W. MARK NEBEKER, DC Bar #396739
                    Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the court's electronic transmission facilities on this 6th day of February, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230