```
             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

LARRY R. WILLIAMS, et ux.,        )
                                  )
            Plaintiffs,            )
                                  )
       v.                         ) Civil Action No. 05-1880 RWR
                                  )
UNITED STATES OF AMERICA, ____    )
                                  )
            Defendant.             )
                                  )

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that service of the February 10, 2006 Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and this Amended Certificate of Service was made through the Court's electronic transmission facilities on the 10th day of February, 2006.[1]

```
                          _____
                          W. MARK NEBEKER
                          Assistant United States Attorney
                          Civil Division
                          555 4th Street, N.W.
                          Washington, DC  20530
                          (202) 514-7230
```

---

[1] The Certificate of Service filed with the motion incorrectly noted service on February 6, 2006.