```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, et ux.,       )
                                 )
          Plaintiffs,            )
                                 )
     v.                          ) Civil Action No. 05-1880 RWR
                                 )
UNITED STATES OF AMERICA, ____   )
                                 )
          Defendant.             )
_____)
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to March 15, 2006, within which to respond to the Complaint and notice of related cases[1] in the above action. Counsel for Plaintiffs, Elaine Mittleman, Esq., indicated in the past that she would not oppose enlargements of time sought in this case.[2]

This request is made, because, counsel for Defendant is still in the process of gathering needed documentation and completing a dispositive motion upon receipt of this documentation. In addition, counsel will be without the use of his office computer tomorrow, when the response to the Complaint

---

[1] Plaintiff has indicated that the above case is related to Larry Williams v. United States, Civil Action No. 92-2418 NHJ. Defendant believes that it may also be related to the case of Larry Williams v. United States, Civil Action No. 98-736 GK.

[2] When counsel attempted to contact her by telephone this date to verify that the position was unchanged, she could not be reached.

is currently due, because the computer system is being upgraded. In addition, counsel has been called upon to assist tomorrow in witness interviews in a matter unrelated to the above action. These and other responsibilities have not allowed for the drafting of the anticipated dispositive motion in this action by March 15, 2006.

   Accordingly, Defendant requests this enlargement of time.  A proposed Order consistent with this motion is attached.

                              Respectfully submitted,


                              _____
                              KENNETH L. WAINSTEIN, DC Bar #451058
                              United States Attorney


                              _____
                              R. CRAIG LAWRENCE, DC Bar #171538
                              Assistant United States Attorney


                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the court's electronic transmission facilities on this 14th day of March, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230