<u>Larry Williams</u> v. <u>United States</u>,
Civil Action No. 05-1880 RWR.

Exhibit 1
(excerpts regarding Civil Action No. 85-4120 (W.D. Ark.))

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY R. WILLIAMS and )
KAREN ANN WILLIAMS )
)
PLAINTIFFS )
)
vs. ) No.
)
THE UNITED STATES OF AMERICA; RICHARD E. LYNG, ) Texarkana,
individually and in his capacity as Secretary of ) Arkansas
the United States Department of Agriculture; )
CHARLES SHUMAN, individually and in his capacity ) November 17
as Administrator of the Farmers Home Administration) 1986
NEAL SOX JOHNSON, individually and in his capacity )
as Chief of Farmer Programs, FHA; ROBERT L. HANKINS)
individually and in his capacity as Arkansas State )
Director, FHA; CARL R. INGRAM, individually and in )
his capacity as District Director, Arkansas )
District Six, FHA; LEO S. EVANS, JR., individually )
and in his capacity as Assistant District Director )
Arkansas District Six, FHA; JAMES M. SMITH, )
individually and in his capacity as County )
Supervisor of Howard County, Arkansas, FHA; )
RICHARD J. JOHNSON, individually and in his )
capacity as County Supervisor, Howard County, )
Arkansas, FHA; JEFFREY R. SPENCE, individually and )
in his capacity as County Supervisor, Nevada )
County, Arkansas, FHA; RANDALL L. TYLER, )
individually and in his capacity as County )
Supervisor, Miller County, Arkansas, FHA )
)
DEFENDANTS )

TRANSCRIPT OF THE HEARING ON MOTIONS

BEFORE THE HONORABLE OREN HARRIS, Senior United States
District Judge, as follows:

ANN W. DURHAM, CVR-CM
Official Court Reporter
United States District Court
Post Office Box 842
Warren, Arkansas 71671
501/226-5651

1 piece of litigation.
2   The government is represented by Mr. Snyder and Mr.
3 Woodyard. There is also, we have every reason to believe, an
4 ongoing criminal investigation conducted by the Department of
5 Agriculture. If such a criminal investigation is being
6 conducted, I am sure that the United States Attorney's office
7 is very much a puart of it. So is the Department of
8 Agriculture.
9   With those considerations, other pending litigation, other
10 possibilities, we think that the potential for prejudice to the
11 plaintiffs' interest is so great that the Court ought, at least
12 in the beginning, to conduct an in camera proceeding.
13   If the Court later determines that any part of that need be
14 put on the record, then that would be the order of the Court.
15 But I think it would, at the very least, be appropriate for the
16 Court to hear its materials in camera and make its decision.
17   In camera decisions are not unknown to courts, and they are
18 frequently resorted to when interests like this need to be
19 protected.
20      THE COURT: Well, it presents the Court with a
21 very difficult matter, to know how to proceed, because the
22 Court knows nothing about the case and the record of the case
23 except what record the Court has.
24   I have no record or indication that's been brought to my
25 attention about these proceedings that you just mentioned.

10

1     And particularly, Mr. Snyder, it seems to me it would be
2  putting the Department in a rather unusual situation, to be
3  litigating on the one hand as is included in this particular
4  case, this number I have just mentioned, and on the other hand
5  commencing a foreclosure proceeding if that is a fact, and then
6  especially if the Department is pursuing a criminal matter all
7  together.
8     And I just don't know how far you can go with civil and
9  criminal with the same people involved in the matter. And I
10 think the Court better initially hear what is to be said as
11 requested by Mr. Alexander first, if that is the fact.
12    Do you have any response to what Mr. Alexander has said?
13        MR. SNYDER:  Your Honor, a civil foreclosure
14 action has been filed.  It was filed subsequent to the
15 Williamses filing their lawsuit against various members of the
16 Department of Agriculture.  That lawsuit is stayed.  Of course,
17 we've got the nationwide farm injunction that was issued out of
18 North Dakota.
19        THE COURT:  Is that filed in this jurisdiction?
20        MR. SNYDER:  Yes, sir.  That's filed in the
21 Texarkana division and has been assigned to Judge Arnold.
22    As I stated, that case is stayed pending all of the notices
23 and administrative procedures that are now being instituted to
24 reconsider farmers for certain relief.  So that case is in
25 limbo.



11

1    With respect to any criminal investigation, the Department
2  of Agriculture has no part in any criminal investigations that
3  might be going on at this time. You know, that's really all I
4  can say about that.
5         THE COURT: Except the fact that you are a member
6  of the U.S. Attorney's office, Mr. Snyder.
7         MR. SNYDER: That is correct, Your Honor. Any
8  criminal investigations that might be going on would be
9  conducted by the FBI.
10         THE COURT: Well, you can't say from your own
11 experience and your own position that it's wholly left to the
12 FBI. Your office has got responsibility for criminal matters.
13         MR. SNYDER: That's correct, Your Honor.
14         THE COURT: Well, that is the delicate situation
15 that I raise in the matter.
16         MR. SNYDER: Why don't-- Can I make a
17 suggestion, Your Honor?
18         THE COURT: Yes. I'd like to have a suggestion.
19         MR. SNYDER: Why don't we-- At this point we
20 have no disagreement with the in camera hearing. If the Court
21 feels at the conclusion of the in camera hearing that there are
22 certain facts that may be made public, you know, to support the
23 Court's finding one way or another that would be satisfactory
24 to us.
25         THE COURT: You are aware of the fact that the

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.            CIVIL ACTION NO. 87-4014

LARRY R. WILLIAMS, KAREN
ANN WILLIAMS, HIS WIFE,
AND FIRST FEDERAL OF
ARKANSAS            DEFENDANTS

## MOTION TO DISMISS THE COUNTERCLAIM
## OF LARRY R. WILLIAMS AND KAREN ANN WILLIAMS

Comes now the PLAINTIFF/COUNTER-DEFENDANT, UNITED STATES OF AMERICA, acting by and through the FARMERS HOME ADMINISTRATION, UNITED STATES DEPARTMENT OF AGRICULTURE, represented herein by J. Michael Fitzhugh, United States Attorney for the Western District of Arkansas, and moves this Court for an Order dismissing the Counterclaim of LARRY R. WILLIAMS and KAREN ANN WILLIAMS, filed herein, on the basis that said Counterclaim is barred by the Doctrine of Res Judicata, as the result of a previous final decision rendered by the United States District Court, Western District of Arkansas, in the case of Larry R. Williams and Karen Ann Williams v. Richard E. Lyng, et al., Civil Action No. 85-4120 (W.D. Ark. 1989), and in support thereof attaches the following:

1. Amended and Substituted Complaint, Larry R. Williams and Karen Ann Williams v. Richard E. Lyng, et al., Civil Action No. 85-4120 (W. D. Ark., April 14, 1986) attached hereto as GOVERNMENT EXHIBIT #1;

2. DEFENDANT'S Motion For Summary Judgment and Memorandum Of Law, filed in Larry R. Williams and Karen Ann Williams v. Richard E. Lyng, et al., Civil Action No. 85-4120 (W. D. Ark., October 12, 1988) attached hereto as GOVERNMENT EXHIBIT #2;