Larry Williams v. United States,
Civil Action No. 05-1880 RWR.

Exhibit 2
(excerpts regarding Civil Action No. 87-4014 (W.D. Ark.))

U. S. DISTRICT CO
WESTERN DIST. ARKA
FILED
JAN 29 1987
BEVERLY R. STITES, C
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA — PLAINTIFF

VS. — CIVIL ACTION No. 87-4014

LARRY R. WILLIAMS AND
KAREN ANN WILLIAMS, his wife
FIRST FEDERAL OF ARKANSAS — DEFENDANTS

## COMPLAINT

Plaintiff, the United States of America, acting by and through the Farmers Home Administration, U. S. Department of Agriculture, represented herein by J. Michael Fitzhugh, United States Attorney for the Western District of Arkansas, for its cause of action alleges:

I.

This is an action to foreclose a lien upon real and personal property in the Western District of Arkansas. Jurisdiction is predicated on 28 U.S.C. Section 1345. Defendants, Larry R. Williams and Karen Ann Williams, his wife, are adult residents of Howard County, Arkansas.

II.

That for a valuable consideration and to obtain loan assistance from the United States of America, acting by and through the Farmers Home Administration, United States Department of Agriculture, the Defendants executed and delivered to Plaintiff certain promissory notes in the principal amounts and due and payable as follows:



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs. Civil No. 87-4014

LARRY R. WILLIAMS and
KAREN ANN WILLIAMS, his
wife, and FIRST SAVINGS
OF ARKANSAS, F.A., formerly,
FIRST FEDERAL SAVINGS
OF ARKANSAS, F.A.
Defendants.

DECREE OF FORECLOSURE

On this 22nd day of June, 1990, this case comes on to be heard, and the Court being advised in the premises, finds:

I.

That the Court has jurisdiction of the parties and subject matter herein.

II.

That the Plaintiff filed its Complaint against the Defendants on January 29, 1987.

III.

That the Defendants have been duly served with summons. That the Defendant, First Savings of Arkansas, F.A., has entered an appearance herein and filed its separate Answer. That the defendants, Larry R. Williams and Karen Ann Williams, husband and wife, have entered their appearance herein, and filed separate Answer and Counterclaim.

