<u>Larry Williams</u> v. <u>United States</u>,
Civil Action No. 05-1880 RWR.

Exhibit 4
(excerpts regarding Civil Action No. 94-4038 (W.D. Ark.))

CLOSED, R/R

# U. S. District Court
## Western District of Arkansas (Texarkana)
### CIVIL DOCKET FOR CASE #: 4:94-cv-04038-HFB

Williams, et al v. USA, et al  
Assigned to: Honorable Harry F. Barnes  
Demand: $0  
Case in other court: USDC of Columbia(WA), 92-02418  
Cause: 28:1331 Fed. Question  

Date Filed: 03/21/1994  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

**Larry R Williams**     represented by     **Larry R Williams**  
301 North Seventh  
Nashville, AR 71852  
PRO SE  

**David Lewis Clark**  
Attorney at Law  
P.O. Box 280  
Amity, AR 71921  
(870) 342-5675  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**John F. Stroud, III**  
Attorney at Law  
P.O. Box 2484  
Texarkana, AR 75504  
(903) 793-3535  
Fax: (903) 793-2655  
Email: jfstroud@cableone.net  
*TERMINATED: 02/08/1996*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Plaintiff**

**Karen A Williams**     represented by     **Karen A Williams**  
301 North Seventh  
Nashville, AR 71852  
PRO SE  

**David Lewis Clark**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

                                  **John F. Stroud, III**
(See above for address)
*TERMINATED: 02/08/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**
*TERMINATED: 03/06/1996*     represented by     **William Mark Nebeker**
U.S. Attorney's Office
Room 4828
555 Fourth Street, NW
Washington, DC 20001
(202) 514-7230
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike G Dunaway**
*individually and in his capacity as Chief of Farmers Programs, Farmers Home Administration*
*TERMINATED: 11/23/1994*     represented by     **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard J Johnson**
*individually and in his capacity as District Director, Arkansas District Six, Farmers Home Administration*
*TERMINATED: 11/23/1994*     represented by     **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert L Hawkins**
*individually and in his capacity as Arkansas State Director, Farmers Home Administration*
*TERMINATED: 03/06/1996*     represented by     **Frank W. Hunger**
Assistant Attorney General, Civil Divison
U.S. Department of Justice
P.O. Box 7146
Washington, DC 20044-7146
(202) 616-4167
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
Director, Torts Branch Civil Division
U.S. Department of Justice

P.O. Box 7146
Washington, DC 20044-7146
(202) 616-4167
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
Assistant Director, Torts Branch Civil Division
U.S. Department of Justice
P.O. Box 7146
Washington, DC 20044-7146
(202) 616-4167
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 7146
Washington, DC 20044-7146
(202) 616-4167
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles D Hoff**
*individually and in his capacity as County Supervisor, Howard County Arkansas, Farmers Home Administration*
*TERMINATED: 11/23/1994*

represented by **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harold Lansdale**
*individually and in his capacity as County Supervisor, Lafayette County, AR, Farmers Home Administration*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carl R Ingram**
*Retired Farmers Home Administration District Director, Arkansas District Six*
*TERMINATED: 11/23/1994*

represented by **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Danny L Woodyard**
*individually and in his capacity as General Counsel for the United States Department of Agriculture, Farmers Home Administration, Little Rock, AR, Assistant U.S. Attorney*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                              **Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven N Snyder**
*individually and in his capacity as Assistant U.S. Attorney, Western District of Arkansas*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carrol J Payne**
*individually and in his capacity as Federal Bureau of Investigation Case Worker*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Federal Bureau of Investigation**  represented by  **Frank W. Hunger**
*TERMINATED: 03/14/1995*                               (See above for address)
                                                        *TERMINATED: 03/14/1995*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/14/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/14/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/14/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J Michael Fitzhugh**
*individually and in his capacity as U.S.*
*Attorney, Western District of Arkansas*
*TERMINATED: 11/23/1994*

represented by **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry R. McCord**
*individually and in his capacity as*
*Assistant U.S. Attorney, Western*
*District of Arkansas*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William M Cromwell**
*individually and in his capacity as*
*Assistant United States Attorney,*
*Western District of Arkansas*
*TERMINATED: 11/23/1994*

represented by **William Mark Nebeker**
(See above for address)
*TERMINATED: 11/23/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Claude Hawkins**
*individually and in his capacity as*
*Assistant U.S. Attorney, Western*
*District of Arkansas*
*TERMINATED: 03/06/1996*

represented by **Frank W. Hunger**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                **Helene M. Goldberg**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicki L. Koutsis**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Brown**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Mark Nebeker**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Noel Davis, Jr**
*his heirs and or assigns*
*TERMINATED: 03/06/1996*

represented by **Edwin J. Alford**
The Alford Firm
521 N. Main Street
Nashville, AR 71852
(870) 845-1645
Fax: (870) 845-9935
Email: alfordattys@sbcglobal.net
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noel Davis, Jr.**
1001 Grove Street
Nashville, AR 71852
(870) 845-1645
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles R Howard**
*heirs and assigns*
*TERMINATED: 11/23/1994*

**Defendant**

**Charles Bennett**
*heirs or assigns*
*TERMINATED: 10/26/1995*

represented by **Tera Futrell Kesterson**
Young, Pickett & Lee
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504
(903) 794-1303
*TERMINATED: 10/26/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joyce Bennett**
*heirs and assigns*
*TERMINATED: 10/26/1995*

represented by **Tera Futrell Kesterson**
(See above for address)
*TERMINATED: 10/26/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandra Campbell**
*heirs and or assigns*
*TERMINATED: 03/06/1996*

represented by **Edwin J. Alford**
(See above for address)
*TERMINATED: 03/06/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**
*TERMINATED: 11/23/1994*

**Defendant**

**Jane Doe**
*TERMINATED: 11/23/1994*

**Defendant**

**ABC Corporation**
*TERMINATED: 11/23/1994*

**Defendant**

**XYZ Corporation**
*TERMINATED: 11/23/1994*

**Defendant**

**Dr Virginia Howard**
*TERMINATED: 11/23/1994*

**Defendant**

**Max David Campbell**
*heirs and or assigns*
*TERMINATED: 03/06/1996*

represented by **Edwin J. Alford**
(See above for address)
*TERMINATED: 03/06/1996*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Roe, II**
*TERMINATED: 11/23/1994*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/1994 | 1 | ORIGINAL file, certified copy of transfer order and docket sheet received from USDC/Dist of Columbia; case assigned to Honorable Harry F. Barnes (rw) (Entered: 03/22/1994) |
| 04/28/1994 | | REMARK: 4 volumes of original file forwarded to Clerk, USDC, District of Columbia per Order filed 4/25/94 (ts) (Entered: 11/08/1994) |
| 11/08/1994 | | REMARK: 4 volumes of original file returned from Clerk, USDC, District of Columbia (ts) (Entered: 11/08/1994) |
| 11/23/1994 | 2 | MEMORANDUM OPINION: by Honorable Harry F. Barnes (cc: all counsel) (ts) (Entered: 11/23/1994) |
| 11/23/1994 | 3 | ORDER by Honorable Harry F. Barnes in accordance with memorandum opinion entered this date, granting motion to dismiss by separate dfts Virginia Howard & Charles Howard; granting motion to dismiss by federal dfts Mike Dunaway, Richard Johnson, Charles Hoff, Carl Ingram, Michael Fitzhugh & William Cromwell; the complt is dismissed as to these dfts; denying motion to dismiss by federal dfts Robert Hankins, Harold Lansdale, Danny Woodyard, Steven Snyder, Carrol Payne, Larry McCord & Claude Hawkins; these dfts & FBI are directed to answer the complt by 12/30/94; denying as moot motion to transfer and motion for protective order by federal dfts; remaining pending motions are denied; non-federal dfts Noel Davis, Jr., Charles Bennett, Joyce Bennett, Sandra Campbell & Max David Campbell are directed to answer the complt by December 12, 1994; fictitious dfts Richard Roe, John Doe, Jane Doe, ABC Corporation & XYZ Corporation are dismissed (cc: all counsel) (ts) (Entered: 11/23/1994) |
| 12/01/1994 | 4 | MOTION by pltf Larry R Williams & Karen A Williams to stay proceedings w/brief in support (ts) (Entered: 12/01/1994) |
| 12/06/1994 | 5 | MOTION by pltfs Larry R Williams & Karen A Williams for reconsideration of 11/23/94 Order (ts) (Entered: 12/06/1994) |
| 12/06/1994 | 6 | MOTION by pltfs Larry R Williams & Karen A Williams for appointment of counsel (ts) (Entered: 12/06/1994) |
| 12/07/1994 | 7 | ANSWER by dfts Max David Campbell & Sandra Campbell [1-1] (ts) (Entered: 12/07/1994) |
| 12/07/1994 | 8 | ANSWER by defendant Noel Davis Jr [1-1] (ts) (Entered: 12/07/1994) |
| 12/12/1994 | 9 | REPLY by pltfs Larry R Williams & Karen A Williams to answers [7-1] |

|            |    |                                                                                                                                                                                                                                                                                                                              |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | [8-1] filed by dfts Campbells and Davis (ts) (Entered: 12/12/1994)                                                                                                                                                                                                                                                           |
| 12/12/1994 | 10 | ANSWER by dfts Charles Bennett & Joyce Bennett [1-1] (ts) (Entered: 12/13/1994)                                                                                                                                                                                                                                              |
| 12/16/1994 | 11 | MOTION by federal dfts Robert L Hawkins, Harold Lansdale, Danny L Woodyard, Steven N Snyder, Carrol J Payne, Larry R McCord, Claude Hawkins & FBI to extend time to answer (ts) (Entered: 12/16/1994)                                                                                                                        |
| 12/16/1994 | 12 | MOTION by dft FBI to dismiss (ts) (Entered: 12/16/1994)                                                                                                                                                                                                                                                                      |
| 12/16/1994 | 13 | MEMORANDUM BRIEF by dft FBI in support of motion to dismiss [12-1] (ts) (Entered: 12/16/1994)                                                                                                                                                                                                                                |
| 12/16/1994 | 14 | RESPONSE IN OPPOSITION by federal dfts Robert L Hawkins, Harold Lansdale, Danny L Woodyard, Steven N Snyder, Carrol J Payne, FBI, Claude Hawkins & Larry R McCord to motion for reconsideration of 11/23/94 Order [5-1] (ts) (Entered: 12/16/1994)                                                                           |
| 12/20/1994 | 15 | MOTION by pltfs Larry R Williams & Karen A Williams to strike answer of dfts Charles & Joyce Bennett w/brief (ts) (Entered: 12/20/1994)                                                                                                                                                                                      |
| 12/20/1994 | 16 | MOTION by pltfs Larry R Williams & Karen A Williams for judgment by default against Charles Bennett & Joyce Bennett (ts) (Entered: 12/20/1994)                                                                                                                                                                               |
| 12/21/1994 | 17 | ORDER by Honorable Harry F. Barnes granting motion to extend time to answer [11-1]; federal dfts Hankins, Lansdale, Woodyard, Snyder, Payne, McCord & FBI are directed to answer pltfs' complt by 2/13/95 (cc: all counsel) (ts) (Entered: 12/21/1994)                                                                       |
| 12/22/1994 | 18 | MOTION by pltfs Larry R Williams & Karen A Williams for default judgment against FBI (ts) (Entered: 12/22/1994)                                                                                                                                                                                                              |
| 12/22/1994 | 19 | MOTION by pltfs Larry R Williams & Karen A Williams to strike motion to dismiss by dft FBI w/brief (ts) Modified on 12/22/1994 (Entered: 12/22/1994)                                                                                                                                                                         |
| 12/28/1994 | 20 | ORDER by Honorable Harry F. Barnes denying motion to stay proceedings [4-1]; denying motion for reconsideration of 11/23/94 Order [5-1]; denying motion for appointment of counsel [6-1]; denying motion to strike answer of dfts Charles & Joyce Bennett [15-1]; denying motion for judgment by default against Charles Bennett & Joyce Bennett [16-1] (cc: all counsel) (ts) (Entered: 12/28/1994) |
| 12/29/1994 | 21 | AMENDED ORDER by Honorable Harry F. Barnes allowing additional time for federal dfts Claude Hawkins, Robert Hankins, Harold Lansdale, Danny Woodyard, Steven Snyder, Carroll Payne, Larry McCord & FBI to answer complt until 2/13/95 (cc: all counsel) (ts) (Entered: 12/29/1994)                                           |
| 02/09/1995 | 22 | ANSWER by dfts USA, Robert L Hawkins, Harold Lansdale, Danny L Woodyard, Steven N Snyder, Carrol J Payne, Larry R McCord & Claude                                                                                                                                                                                            |

| | | |
|---|---|---|
| | | Hawkins [1-1] (ts) (Entered: 02/09/1995) |
| 02/15/1995 | 23 | MOTION by pltfs Larry R Williams & Karen A Williams to extend time to respond to federal dfts' answer to complt (ts) (Entered: 02/15/1995) |
| 02/21/1995 | 24 | MOTION by pltfs Larry R Williams & Karen A Williams to strike answer of federal dfts and for default jgm against federal dfts Harold Lansdale, Danny L Woodyard, Steven N Snyder, Carrol Payne, Larry R McCord, Claude Hawkins, Robert L Hawkins (ts) (Entered: 02/21/1995) |
| 03/02/1995 | 25 | RESPONSE by federal dfts in opposition to motion to extend time to respond to federal dfts' answer to complt [23-1], motion for default jgm [24-2] & motion to strike answer of federal dfts [24-1] (ts) (Entered: 03/02/1995) |
| 03/10/1995 | 26 | REPLY by pltfs Larry R Williams & Karen A Williams to answer [22-1] (ts) (Entered: 03/10/1995) |
| 03/14/1995 | 27 | ORDER by Honorable Harry F. Barnes denying motion to strike answer of federal dfts [24-1] denying motion for default jgm against federal dfts Harold Lansdale, Danny L Woodyard, Steven N Snyder, Carrol Payne, Larry R McCord, Claude Hawkins, Robert L Hawkins [24-2] granting motion to extend time to respond to federal dfts' answer to complt [23-1] to 4/1/95; denying motion to strike motion to dismiss by dft FBI w/brief [19-1] denying motion for default judgment against FBI [18-1] granting motion to dismiss of FBI [12-1] dismissing party FBI w/prej (cc: all counsel) (msj) (Entered: 03/14/1995) |
| 03/21/1995 | 28 | MOTION by pltfs Larry & Karen Williams for reconsideration of 3/13/95 Order and/or supplement to pltfs' response (ts) (Entered: 03/21/1995) |
| 04/26/1995 | 29 | SCHEDULING ORDER by Honorable Harry F. Barnes; jury trial set for weeks of 8/14/95 & 8/21/95 at 9:00am (ts) (Entered: 04/26/1995) |
| 05/10/1995 | 30 | ORDER by Honorable Harry F. Barnes denying motion for reconsideration of 3/13/95 Order and/or supplement to pltfs' response [28-1] (cc: all counsel) (ts) (Entered: 05/10/1995) |
| 05/18/1995 | 31 | REQUEST for Admissions by pltfs Larry R Williams & Karen A Williams directed to dfts (ts) (Entered: 05/18/1995) |
| 05/18/1995 | 32 | MOTION by pltfs Larry R Williams &Karen A Williams for appointment of counsel (ts) (Entered: 05/18/1995) |
| 05/18/1995 | 33 | NOTICE by pltfs Larry R Williams & Karen A Williams of filing req for production of documents (ts) (Entered: 05/18/1995) |
| 05/25/1995 | 34 | SUPPLEMENT by pltfs Larry R Williams & Karen A Williams to request for production of documents [33-1] (ts) (Entered: 05/30/1995) |
| 06/14/1995 | 35 | ORDER by Honorable Harry F. Barnes referring to Magistrate Bobby E. Shepherd the motion for appointment of counsel [32-1] (cc: all counsel) (ts) (Entered: 06/14/1995) |

| | | |
|---|---|---|
| 06/19/1995 | 36 | SUPPLEMENT by pltfs Larry R Williams & Karen A Williams to motion for appointment of counsel [32-1] (ts) (Entered: 06/19/1995) |
| 06/21/1995 | 37 | MOTION w/brief by pltfs Larry R Williams & Karen A Williams to compel disc (ts) (Entered: 06/21/1995) |
| 06/21/1995 | | VOLUME 6 BEGINS (ts) (Entered: 06/22/1995) |
| 06/22/1995 | 38 | MOTION by federal dfts to continue 8/14/95 jury trial (ts) (Entered: 06/22/1995) |
| 06/22/1995 | 39 | MEMORANDUM BRIEF by federal dfts in support of motion to continue 8/14/95 jury trial [38-1] (ts) (Entered: 06/22/1995) |
| 06/22/1995 | 40 | MOTION by federal dfts for protective order (ts) (Entered: 06/22/1995) |
| 06/22/1995 | 41 | MEMORANDUM BRIEF by federal dfts in support of motion for protective order [40-1] (ts) (Entered: 06/22/1995) |
| 06/23/1995 | 42 | OPPOSITION by defendant USA to motion for appointment of counsel [32-1] (ts) (Entered: 06/23/1995) |
| 07/05/1995 | 43 | RESPONSE by pltfs Larry R Williams & Karen A Williams to motion to continue 8/14/95 jury trial [38-1] (ts) (Entered: 07/05/1995) |
| 07/14/1995 | 44 | MOTION by federal dfts for judgment on the pleadings (ts) (Entered: 07/14/1995) |
| 07/14/1995 | 45 | MEMORANDUM BRIEF by federal dfts in support of motion for judgment on the pleadings [44-1] (ts) (Entered: 07/14/1995) |
| 07/14/1995 | 46 | MOTION by dfts Charles Bennett & Joyce Bennett to dismiss (ts) (Entered: 07/17/1995) |
| 07/17/1995 | | CLERK'S NOTICE OF DEFICIENCY regarding document # [46-1]; no separate brief in support; Parties granted 11 days to correct. (cc: Tera Futrell Kesterson ) [0-1] (ts) (Entered: 07/17/1995) |
| 07/19/1995 | 47 | ATTORNEY APPEARANCE for pltfs Larry R Williams & Karen A Williams by John F. Stroud III (ts) (Entered: 07/19/1995) |
| 07/19/1995 | 47 | RESPONSE by pltfs Larry R Williams & Karen A Williams to motion to continue 8/14/95 jury trial [38-1] (ts) (Entered: 07/19/1995) |
| 07/21/1995 | 48 | REPORT AND RECOMMENDATIONS by Magistrate Bobby E. Shepherd concerning motion for appointment of counsel [32-1] further allowing parties 10 days in which to file written obj (cc: all counsel) (rls) Modified on 07/21/1995 (Entered: 07/21/1995) |
| 07/24/1995 | 49 | MOTION by pltfs Larry R Williams & Karen A Williams to extend time to respond to dfts' motion to dismiss & jgm on the pleadings (ts) (Entered: 07/24/1995) |
| 07/25/1995 | 50 | ORDER by Honorable Harry F. Barnes granting motion to continue 8/14/95 jury trial [38-1]; jury trial continued until further notice (cc: all counsel) (ts) (Entered: 07/25/1995) |

| | | |
|---|---|---|
| 08/02/1995 | 51 | ORDER by Honorable Harry F. Barnes granting motion to extend time to respond to dfts' motion to dismiss & jgm on the pleadings [49-1] until 8/10/95 (cc: all counsel) (ts) (Entered: 08/02/1995) |
| 08/08/1995 | 52 | SECOND MOTION by pltfs Larry R Williams & Karen A Williams to extend time to respond to motion to dismiss & for jgm on the pleadings (ts) (Entered: 08/08/1995) |
| 08/10/1995 | 53 | ORDER by Honorable Harry F. Barnes granting motion to extend time to respond to motion to dismiss & for jgm on the pleadings [52-1] until 9/11/95 (cc: all counsel) (ts) (Entered: 08/10/1995) |
| 08/14/1995 | 54 | ORDER by Honorable Harry F. Barnes adopting REPORT AND RECOMMENDATIONS [48-1]; granting motion for appointment of counsel [32-1]; John F. Stroud III is appointed to represent pltfs (cc: all counsel) (ts) (Entered: 08/14/1995) |
| 08/30/1995 | 55 | SCHEDULING ORDER by Honorable Harry F. Barnes; jury trial set during week of 5/6/96 at 9:00am (ts) (Entered: 08/30/1995) |
| 09/11/1995 | 56 | MOTION by pltfs Larry R Williams & Karen A Williams to extend time to respond to dfts' motion to dismiss & jgm on the pleadings (ts) (Entered: 09/11/1995) |
| 09/12/1995 | 57 | ORDER by Honorable Harry F. Barnes granting motion to extend time to respond to dfts' motion to dismiss & jgm on the pleadings [56-1] until 10/2/95 (cc: all counsel) (ts) (Entered: 09/12/1995) |
| 10/02/1995 | 58 | RESPONSE by pltfs Larry R Williams & Karen A Williams to motion for judgment on the pleadings [44-1] (ts) (Entered: 10/03/1995) |
| 10/02/1995 | 59 | MEMORANDUM BRIEF by pltfs Larry R Williams & Karen A Williams in support of response to motion for jgm on the pleadings [58-1] (ts) (Entered: 10/03/1995) |
| 10/12/1995 | 60 | MOTION by federal dfts to set deadline for filing of their reply to pltfs' opposition to federal dfts' motion for jgm on the pleading (ts) (Entered: 10/13/1995) |
| 10/18/1995 | 61 | ORDER by Honorable Harry F. Barnes granting motion to set deadline for filing of their reply to pltfs' opposition to federal dfts' motion for jgm on the pleading [60-1]; dfts have until 11/13/95 in which to reply to pltfs' opposition (cc: all counsel) (ts) (Entered: 10/18/1995) |
| 10/23/1995 | 62 | JOINT MOTION by pltfs Larry & Karen Williams and dfts Charles & Joyce Bennett to dismiss dfts Charles & Joyce Bennett w/prej (ts) (Entered: 10/24/1995) |
| 10/26/1995 | 63 | ORDER by Honorable Harry F. Barnes granting motion to dismiss dfts Charles & Joyce Bennett [62-1] [46-1]; dismissing w/prej dfts Joyce Bennett & Charles Bennett (cc: all counsel) (ts) (Entered: 10/26/1995) |
| 11/09/1995 | 64 | ORDER by Honorable Harry F. Barnes referring all pre-trial matters to Magistrate Bobby E. Shepherd (cc: all counsel) (ts) (Entered: |

| | | |
|---|---|---|
| | | 11/09/1995) |
| 11/13/1995 | 65 | MOTION by federal dfts to extend deadline for filing reply to pltfs' opposition to motion for jgm on the pleadings (ts) (Entered: 11/13/1995) |
| 11/15/1995 | 66 | AMENDED MOTION by federal dfts to extend time to rply to pltfs' opposition to motion for jgm on the pleadings (ts) (Entered: 11/15/1995) |
| 11/15/1995 | 67 | ORDER by Magistrate Bobby E. Shepherd denying pltf's motion to compel disc [37-1] (cc: all counsel) (rls) (Entered: 11/15/1995) |
| 11/15/1995 | 68 | ORDER by Magistrate Bobby E. Shepherd granting defts' motion for protective order [40-1]; further discovery is hereby stayed pending determination of the motion for judgment on the pleadings now pending (cc: all counsel) (rls) (Entered: 11/15/1995) |
| 11/15/1995 | 69 | ORDER by Magistrate Bobby E. Shepherd granting motion to extend time to rply to pltfs' opposition to motion for jgm on the pleadings [66-1], granting motion to extend deadline for filing reply to pltfs' opposition to motion for jgm on the pleadings [65-1]; further allowing defts an ext/time until 11-20-95 in which to reply to pltf's opposition to motion for jgm on the pleadings (cc: all counsel) (rls) (Entered: 11/15/1995) |
| 11/28/1995 | 70 | MOTION by John F. Stroud III to withdraw as atty for pltfs (ts) (Entered: 11/29/1995) |
| 11/30/1995 | 71 | ORDER by Magistrate Bobby E. Shepherd granting deft's unopposed motion for an ext/time until 12/1/95 in which to reply to pltf's motion for jgm on the pleadings(cc: all counsel) (rls) (Entered: 11/30/1995) |
| 12/01/1995 | 72 | REPLY by federal dfts USA response to motion for judgment on the pleadings [44-1] (ts) (Entered: 12/01/1995) |
| 12/04/1995 | 73 | RESPONSE by pltfs Larry R Williams & Karen A Williams to motion to withdraw as atty for pltfs [70-1] (ts) (Entered: 12/05/1995) |
| 12/11/1995 | 74 | SUPPLEMENT by pltfs Larry & Karen A Williams to response to appointed counsel's motion to withdraw [73-1] (ts) (Entered: 12/12/1995) |
| 12/12/1995 | 75 | MOTION by pltfs Larry & Karen A Williams to extend time to respond to dfts' reply to response to motion for jgm on pleadings (ts) (Entered: 12/12/1995) |
| 12/26/1995 | 76 | RESPONSE by pltfs Larry & Karen Williams to reply to response to motion for jgm on pleadings [72-1] (ts) (Entered: 12/26/1995) |
| 01/17/1996 | 77 | SUPPLEMENT by pltfs Larry & Karen Williams to response to dfts' reply [76-1] (ts) (Entered: 01/17/1996) |
| 01/26/1996 | 78 | REPORT AND RECOMMENDATIONS by Magistrate Bobby E. Shepherd concerning deft's motion for judgment on the pleadings [44-1]; further allowing parties 10 days in which to file written obj (cc: all counsel) (rls) (Entered: 01/26/1996) |
| 01/26/1996 | 79 | ORDER by Magistrate Bobby E. Shepherd finding the motion to extend |

| | | |
|---|---|---|
| | | time to respond to dfts' reply to response to motion for jgm on pleadings [75-1] moot. (cc: all counsel) (rls) (Entered: 01/26/1996) |
| 01/30/1996 | 80 | MOTION (letter) by pltfs Larry R Williams & Karen A Williams to substitute attorney (ts) (Entered: 01/31/1996) |
| 02/05/1996 | 81 | MOTION by atty David Lewis Clark to substitute as appointed counsel David Lewis Clark in place of John Stroud III (ts) (Entered: 02/06/1996) |
| 02/05/1996 | 82 | MOTION by pltfs Larry & Karen Williams to extend time to file objections to report & recommendation (ts) (Entered: 02/06/1996) |
| 02/08/1996 | 83 | ORDER by Magistrate Bobby E. Shepherd granting motion to substitute as appointed counsel David Lewis Clark in place of John Stroud III [81-1] granting motion by John Stroud to withdraw as atty for pltfs [70-1] (cc: all counsel) (rls) (Entered: 02/08/1996) |
| 02/09/1996 | 84 | ORDER by Honorable Harry F. Barnes granting motion to extend time to file objections to report & recommendation [82-1] until 2/19/96 (cc: all counsel) (ts) (Entered: 02/09/1996) |
| 02/09/1996 | 85 | APPOINTMENT of and authority to pay court appointed counsel for pltfs Larry R Williams & Karen A Williams (John F. Stroud, III) (ts) (Entered: 02/09/1996) |
| 02/20/1996 | 86 | OBJECTIONS by pltfs Larry R Williams & Karen A Williams to Report and Recommendation [78-1] (ts) (Entered: 02/21/1996) |
| 03/06/1996 | 87 | ORDER by Honorable Harry F. Barnes adopting REPORT AND RECOMMENDATIONS [78-1]; granting motion for judgment on the pleadings [44-1] Bivens claims agnst federal defts Steven N Snyder, Larry R McCord, Claude Hawkins, Danny L Woodyard, Carrol J Payne, Robert L Hawkins, Harold Lansdale and the state law tort claims agnst the USA pursuant to FTC dismissed w/prej Court declines to exercise supplemental jurisdiction and dismissed agnst non-federal defts Noel Davis, Sandra Campbell, and Max David Campbell dismissing case; pursuant to 28:1915(d) as being frivolous, in that it lacks an aruable basis in law or in fact (cc: all counsel) (cn) (Entered: 03/06/1996) |
| 05/03/1996 | 88 | NOTICE OF APPEAL by plaintiff Karen A Williams, plaintiff Larry R Williams from District Court decision, re: order [87-5] dated 03/06/96 (cc: opposing counsel) (cap) (Entered: 05/03/1996) |
| 05/03/1996 | 89 | MOTION by David Lewis Clark, attorney for plaintiff Karen A Williams, plaintiff Larry R Williams for out of pocket expenses (cap) (Entered: 05/03/1996) |
| 05/03/1996 | 90 | TRANSMITTAL LETTER to opposing counsel and court reporter (cap) (Entered: 05/03/1996) |
| 05/07/1996 | | 2 CERTIFIED COPIES OF NOTICE OF APPEAL, and clerk's docket entries, together with 2 cert copies Mag's R/R dd 1/26/96; Objections dd 2/20/96 and Order dd 3/6/96, mailed to Clerk, USCA, St. Louis, MO (msj) (Entered: 05/07/1996) |

| | | |
|---|---|---|
| 05/07/1996 | 91 | TRANSMITTAL LETTER to USCA, 8th Circuit (msj) (Entered: 05/07/1996) |
| 05/07/1996 | | SIX VOLUMES ORIGINAL FILE forwarded to Clerk, USCA, St. Louis, MO via UPS from Fort Smith (msj) (Entered: 05/07/1996) |
| 05/08/1996 | 92 | ORDER by Honorable Harry F. Barnes granting motion for out of pocket expenses [89-1] in amt of $210.37; pursuant to guidelines clerk dir to reimburse D. Clark for out of pocket exp (cc: all counsel) (cn) (Entered: 05/08/1996) |
| 05/20/1996 | 93 | SCHEDULING ORDER from USCA; Appellate Docket Number 96-2234WAT (cap) (Entered: 05/20/1996) |
| 09/03/1996 | 94 | JUDGMENT (USCA, 8th Circuit) affirming the decision of the District Court [88-1] (cc: all counsel) (cap) (Entered: 09/03/1996) |
| 09/03/1996 | | SIX VOLUMES ORIGINAL FILES returned from U.S. Court of Appeals, St. Louis, MO (cap) (Entered: 09/03/1996) |
| 02/03/1997 | 95 | NOTICE by 8USCA of receipt of letter from Supreme Court stating certiorari has been filed in USCA 96-2234WAT, docketed in Supreme Court as No. 96-7565 (cap) (Entered: 02/03/1997) |
| 05/22/1997 | 96 | NOTICE by 8USCA that order of US Supreme Court has been filed denying certiorari, Supreme Court No. 96-7565; 8USCA No. 96-2234 (cap) (Entered: 05/22/1997) |
| 09/20/2000 | | File transmitted to Federal Records Center: accession code = 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 location code = D2210142 thru D2210156 agency box # 2 of 11 (vol. 1) and box 3 of 11 (vols. 2-6) (cap) (Entered: 09/20/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/20/2006 17:36:20 | | | |
| PACER Login: | us0850 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:94-cv-04038-HFB |
| Billable Pages: | 10 | Cost: | 0.80 |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY R. WILLIAMS and
KAREN ANN WILLIAMS                                          PLAINTIFFS

v.            Civil No. 94-4038

UNITED STATES OF AMERICA, et al.                            DEFENDANTS

### O R D E R

On this 5 day of March, 1996, comes on for consideration the report and recommendations filed herein on January 25, 1996, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, and the objections thereto filed herein by the plaintiffs on February 20, 1996. The report and recommendations and the objections of plaintiffs pertain to federal defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), which was filed on July 14, 1995.

The Court has reviewed this case *de novo* and has determined that the findings and recommendations are correct and proper and should be adopted.

Accordingly, the Court hereby grants the motion for judgment on the pleadings. The *Bivens* claims against the remaining individual federal defendants Steven Snyder, Larry McCord, Claude Hawkins, Danny Woodyard, Carrol Payne, Robert Hankins and Harold Lansdell and the state law tort claims against the U.S. brought pursuant to the FTCA should be and hereby are dismissed with prejudice. Further, the Court declines to exercise supplemental jurisdiction and this action is hereby dismissed as to the remaining non-federal defendants Noel Davis, Jr., Sandra Campbell

This document entered on docket in compliance with Rule 58 and 79 (a), FRCP.

on 3/6/96 by [signature]

and Max David Campbell, on this basis, as well as pursuant to 28 U.S.C. § 1915(d) as being frivolous, in that it lacks an arguable basis in law or in fact.

IT IS SO ORDERED.

_____
United States District Judge

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
F I L E D

MAR 0 6 1995

CHRIS R. JOHNSON, CLERK
BY _____
    DEPUTY CLERK

2