Larry Williams v. United States,
Civil Action No. 05-1880 RWR.

Exhibit 6
Administrative Tort Claims

DEPT. OF AGRIF.    CERT # P-698-636-199

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Prepare in ink or typewriter. Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary.

FORM APPROVED OMB NO. 43-R0597

**1. SUBMIT TO:**
U.S. DEPT OF AGRICULTURAL
OFFICE OF GENERAL COUNSEL, WASH D.C.
U.S. DEPT OF JUSTICE, WASH D.C.

**2. NAME AND ADDRESS OF CLAIMANT** (Number, street, city, State, and Zip Code)
LARRY R. WILLIAMS 03885-010
PO BOX 9000, SEAGOVILLE, TX 75159-9000

**3. TYPE OF EMPLOYMENT**
FCI-INMATE
☐ MILITARY
☐ CIVILIAN

**4. AGE** 52

**5. MARITAL STATUS** MARRIED

**6. NAME AND ADDRESS OF SPOUSE, IF ANY** (Number, street, city, State, and Zip Code)
KAREN A. WILLIAMS, 301 N. 7th ST
Nashville, Arkansas 71852

**7. PLACE OF ACCIDENT** (Give city or town and State; if outside city limits, indicate mileage or distance to nearest city or town)
NASHVILLE ARKANSAS, HOWARD COUNTY

**8. DATE AND DAY OF ACCIDENT**
THRU 10/04/92

**9. TIME (A.M OR P.M)**
N/A

**AMOUNT OF CLAIM (in dollars)**

| A. PROPERTY DAMAGE | B. PERSONAL INJURY | C. WRONGFUL DEATH | D. TOTAL |
|---|---|---|---|
| SEE ATTACHED | | | |

**11. DESCRIPTION OF ACCIDENT** (State below, in detail, all known facts and circumstances attending the damage, injury, or death, identifying persons and property involved and the cause thereof)

Incident and history of tortious conduct is set forth in schedule "A" attached.

**PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE KIND AND LOCATION OF PROPERTY AND NATURE AND EXTENT OF DAMAGE (See instructions on reverse side for method of substantiating claim)

Real property and farming inventory located at:
SEE attached ITEM 10 for nature and extent of damage

**PERSONAL INJURY**

STATE NATURE AND EXTENT OF INJURY WHICH FORMS THE BASIS OF THIS CLAIM

See attached Item 10 for nature and extent of injury together with Schedule "A" attached.

**WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| See Schedule "B" attached | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**SIGNATURE OF CLAIMANT** (This signature should be used in all future correspondence)
Larry R. Williams

**16. DATE OF CLAIM**
September 29, 1992

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum $2,000, plus double the amount of damages sustained by the United States. (See R.S. 93490, 5438; 31 U.S.C. 231.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 62 Stat. 698, 749; 18 U.S.C. 287, 1001.)

STANDARD FC PRESCRIBED BY 78 CFR 14.2

Ex A

On October 4, 1990, the Arkansas United States Marshal's Office serving the Western District of Arkansas sold at Public Auction Claimant's land consisting of 1005 acres toegther with the Homestead of Claimants by virtue of a Writ of Foreclosure obtained through lies, deceipt and total disregard of certain rights which would have been afforded the claimants under normal circumstances. The claims allege collusion, abuse of process, malicious prosecution against certain Government Agencies, as well as the United States Attorney's Office, their agents, servants and or employees as hereinafter named.

The Governmental Parties, their agents, servants and or employees as presently known to Claimants are inclusive of but not limited to the following.

1. United States Attorney's Office: Steven Snyder AUSA

2. FmHA: Daniel L. Woodyard, Richard J. Johnson, Harold Lansdale, Pamela Dillon (FmHA National Appeals Staff) Also Office of General Counsel of FmHA, Daniel L. Woodyard.

The ultimate sale of Claimant's property as well as the criminal prosecution of Larry R. Williams and Greg S. Williams was a direct and proximate result of governmental retaliation for Claimants commencement of a multi-million dollar law suit that the government thought it was going to lose. That suit was filed in Federal Court in October of 1985 which had named FmHA as a party defendant. AUSA Snyder while handling the Civil Action on behalf of the FmHA as well as a Foreclosure Action determined to commence a selective prosecution of Claimant Larry R. Williams and his son Greg. Said prosecution was intended to gain leverage on behalf of the FmHA making the continuation of the multi-million dollar law suit and the defense of the foreclosure action a difficult if not impossible task for claimants. Not withstanding the abuse of process, AUSA Snyder thereafter conspired with Daniel L. Woodyard, OGC Counsel for FmHA to deny the Claimants benefits under the 1987 Farm Act. Such benefits would have (1) saved the property of claimants and (2) negated the criminal prosecution.

Subsequent to the Claimant's acceptance of the governments offer to be subject to the Agricultural Farm Act of 1987, to advise Snyder was obliged/the Office of General Counsel of FmHA and the state office of FmHA to comply with instructions 1951-S of the Act and forward to the Claimants required information under 1951.907(a). Snyder ignored this mandate as he ignored Court inquiries into his representation of the government in the Civil matters as well as the Criminal matters and upon information and belief conspired with other FmHA employees to remove Claimants names from the computer bank in St. Louis, Missouri which contained the names of those persons who had initially applied for relief under the Act. Others aiding and abetting the scheme were Daniel L. Woodyard, Richard J. Johnson and Harold Lansdale.

There were over 83,000 borrowers that were delinquent amongst which Claimants were in the top 13,000 still in possession of their property. The aforementioned persons ordered one Harold Lansdale, FmHA County Supervisor not to send out the 1987 Farm Act to the Claimant's by the November 25th, 1988 deadline. Similarly these persons issued orders and directives precluding the Williams of their appeal rights, leaseback/buy rights and homestead rights resulting in the sale of Claimants property. Notice of Court proceedings were withheld and on June 25th, 1990 the Court relieved Claimant's Counsel of further representation and granted foreclosure while refusing to entertain motions brought by Claimant's Pro Se. The US Attorney disregarded appropriate Court rules to achieve the desired goal.

The foreclosure and criminal prosecution of claimant was commenced and carried out as a punishment for William's filing a "Bivens" type action against seven FmHA employees in October 1985. To further preclude the Claimants from relief under the Act, Snyder, Woodyard and others codevised the scheme of declaring Claimants in Non-monetary Default giving the government additional leverage in defeating the meritorious and bona-fide claims of the Williams.

ITEM 10

Damages

```
Land and house (1005 acres)..........................$1,000,000.00
Loss of Timber.......................................   200,000.00
Three Hundred Cows, Twenty-five Bulls................   350,000.00
Equipment replacement................................   300,000.00
Legal Expenses.......................................   290,000.00
Loss of Income, Health, Reputation,
Emotional distress, Future income.................... 20,000,000.00


                                         Total       $ 23,140,000.00
```

**ELAINE J. MITTLEMAN**
ATTORNEY AT LAW
2040 ARCH DRIVE
FALLS CHURCH, VIRGINIA 22043

TELEPHONE (703) 734-0482
FAX (703) 734-0482

ADMITTED IN D.C., NOT ADMITTED IN VIRGINIA

RECEIVED
00 NOV -6 PM 2: 25
USDA-FSA
AR STATE OFFICE

November 2, 2000

Michael Dunaway
State Executive Director
Farm Services Agency
Federal Building
Room 3416
700 W. Capitol
Little Rock, AR   72201-3225

　　　　Re:  SF 95's for Larry R. and Karen A. Williams

Dear Mr. Dunaway:

　　　　Attached hereto are the SF 95, dated November 15, 1999, for Larry R. Williams with attachments and the SF 95, dated November 15, 1999, for Karen A. Williams. These were submitted to the Office of the Secretary, United States Department of Agriculture on November 19, 1999. <u>See</u> attached letter dated November 19, 1999, from Lynne Finnerty, Director, Office of the Executive Secretariat.

　　　　I have recently spoken with Tom Harris of the Financial Management Division. It is my understanding that he has forwarded the SF 95's for your review. I am sending these copies to you to be certain that you have received these forms.

　　　　Thank you for your assistance in this matter. I look forward to receiving a timely response.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　Elaine Mittleman

Enclosures

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008
EXPIRES 4-30

**1. Submit To Appropriate Federal Agency:**
U. S. Dept. of Justice, Wash. D. C.
U. S. Dept. of Agriculture, Wash. D.C.

**2. Name, Address of claimant and claimant's personal representative, if a (See Instructions on reverse.) (Number, street, city, State and Zip Code)**
Larry R. Williams
301 N. 7th St., Nashville, AR 718

**3. TYPE OF EMPLOYMENT**
☐ MILITARY  ☒ CIVILIAN

**4. DATE OF BIRTH**

**5. MARITAL STATUS**
Married

**6. DATE AND DAY OF ACCIDENT**
thru present

**7. TIME (A.M. OR P.M.)**
NA

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Williamses assert losses due to negligence, intentional infliction of emotional distress, conversion, loss of consortium, and loss of liberty and property interests protected by the Arkansas Constitution, all arising from circumstances surrounding and culminating in foreclosure and sale of William farm properties and Larry Williams's incarceration. Employees of DOJ and DO denied Williamses their separate and joint protections and benefits of the Agricultural Farm Act of 1987 and related statutes and regs. Claimant hereby incorporates and includes the previous counterclaim in 87-4014, the FTCA cla of Oct. 2, 1992, May 6, 1996, August 14, 1997 as part of this claim and submits this claim after denial of 99-5141 on 9-27-99 (order attached). See continuing pages, attached.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
purchasers at sale

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
1005 acres: total loss from foreclosure sale, etc. See Block 8 and continuing pages. Farm real estate and inventory/equipment located in Howard County, AR.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Emotional distress, loss of reputation, loss of consortium, loss of liberty interests and property interests of 1005 acres and all chatels, loss of income, legal expenses. See Block 8 and continuing pages.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| See attached pages. | |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $3,140,000 | $20,000,000 | NA | $23,140,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SA AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.)
*/s/ Larry R. Williams/*

**13b. Phone number of signatory**
(870) 845-4438

**14. DATE OF CLAIM**
11/15/99

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 year or both. (See 18 U.S.C. 287, 1001.)

95-107
Previous editions not usable.
NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTIC
28 CFR 14.2

\* WITNESS LIST

Edward R. Madigan
Secretary of Agriculture
12th Street and Jefferson Drive SW
Washington, D. C. 20250

Laverne G. Ausman
Administrator
Farmers Home Administration
U. S. Department of Agriculture
14th and Independent Avenue SW
Room 5014-S
Washington, D. C. 20250

Mike G. Dunaway
Chief of Farmer Programs
Farmers Home Administration
(P. O. Box 2778)
700 West Capital Street
U. S. Post Office and Federal Building
5th Floor
Little Rock, Arkansas 72203

Richard J. Johnson
District Director
Farmers Home Administration
106 South Main Street
Hope, Arkansas 71801

Robert L. Hankins
Arkansas State Director
Farmers Home Administration
U. S. Post Office and Federal Building
700 West Capitol Street
5th Floor          (P. O. Box 2778)
Little Rock, Arkansas 72203

Charles D. Huff
Howard County Supervisor
Farmers Home Administration
305 South 2nd Street   (P. O. Box 388)
Nashville, Arkansas 71852

Harold Lansdale
County Supervisor
Farmers Home Administration
U. S. Post Office Building
200 North Laurel
Hope, Arkansas 71801

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

**1. Submit To Appropriate Federal Agency:**
U. S. Dept. of Justice, Wash. D.C.
U. S. Dept. of Agriculture, Wash. D.C.

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
Karen A. Williams
301 North Seventh Street
Nashville, AR 71852

**3. TYPE OF EMPLOYMENT**
☐ MILITARY ☒ CIVILIAN

**4. DATE OF BIRTH**
[redacted]

**5. MARITAL STATUS**
Married

**6. DATE AND DAY OF ACCIDENT**
thru present

**7. TIME (A.M. OR P.M.)**
NA

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Williams assert losses due to negligence, intentional infliction of emotional distress, conversion, loss of consortium, and loss of liberty and property interests protected by the Arkansas Constitution, all arising from circumstances surrounding and culminating in foreclosure and sale of Williamses' farm properties and Larry Williams's incarceration. Employees of DOJ and DOA denied Williamses their separate and joint protections and benefits of the Agricultural Farm Act of 1987 and related statutes and regs. Claimant hereby incorporates and includes the previous counterclaim in 87-4014, the FTCA claims of Oct. 2, 1992, May 6, 1996, August 14, 1997 as part of this claim and submits this claim after denial of 99-5141 on 9-27-99 (order attached)   See continuing pages.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
purchasers at sale

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
1005 acres: total loss from foreclosure sale, etc. See Block 8 and continuing pages. Farm real estate and inventory/equipment located in Howard and Pike County Arkansas.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Emotional distress, loss of reputation, loss of consortium, loss of liberty interests and property interest of 1005 acres and all chatels, loss of income, legal expenses. See Block 8 and continuing pages.

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| See attached pages for witness list | |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| $3,140,000 | $20,000,000 | NA | $23,140,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See Instructions on reverse side.)
*Karen A. Williams*

**13b. Phone number of signatory**
(870) 845-4438

**14. DATE OF CLAIM**
11-15/99

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.)

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.)

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Carl R. Ingram
Retired District Director
Farmers Home Administration
8 Wade Trail
Texarkana, Arkansas 75504

Danny Woodyard
Attorney
Office of General Counsel
3201 Federal Building
Little Rock, Arkansas 72201

William P. Barr
Attorney General of the United States
Main Justice Building
10th Street and Constitution Avenue NW
Room 5511
Washington, D. C. 20530

Steven N. Snyder
Assistant U. S. Attorney
U. S. Court House and Federal Building
30 South 6th Street (Corner of 6th & Rogers)
Fort Smith, Arkansas 72902    (P. O. Box 1524)

Carrol J. Payne
Federal Bureau of Investigation
3rd Floor
U. S. Post Office and Federal Building
State Line Avenue
Texarkana, Arkansas-Texas 75501-05

Michael J. Fitzhugh
U. S. Attorney
U. S. Post Office and Federal Building
30 South 6th Street (Corner of 6th and Rogers)
Fort Smith, Arkansas 72902    (P. O. Box 1524)

Larry R. McCord
Assistant U. S. Attorney
U. S. Post Office and Federal Building
30 South 6th Street (Corner of 6th & Rogers)
Fort Smith, Arkansas 72902    (P. O. Box 1524)

William M. Cromwell
Assistant U. S. Attorney
U. S. Post Office and Federal Building
30 South 6th Street (Corner of 6th and Rogers)
Fort Smith, Arkansas 72902    (P. O. Box 1524)

Claude L. Hawkins
Assistant U. S. Attorney
U. S. Post Office and Federal Building
30 South 6th Street (Corner of 6th & Rogers)
Fort Smith, Arkansas 72902    (P. O. Box 1524)

Noel Davis, Jr.
100 Grove Street
Nashville, Arkansas 71852

Charles R. and Virginia Howard
Mineral Springs Post Office
Mineral Springs, Arkansas 71851

Charles Bennett and Joyce Bennett
Route 1, Box 68-C
New Hope, Arkansas 71959

Max David Campbell and Sandra Campbell
Route 4, Box 90-B
Nashville, Arkansas 71852

*Including but not limited to