Larry Williams v. United States,
Civil Action No. 05-1880 RWR.

Exhibit 7
Administrative Tort Claim Denials



United States Department of Agriculture
Office of the General Counsel
Washington, D.C. 20250-1400

FEB 0 S 1994

CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

Mr. Larry R. Williams
P.O. Box 9000
Seagoville, Texas 75159-9000

Dear Mr. Williams:

Subject: Claim of Larry R. Williams; FmHA

Pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346(b), 2671, et seq., you filed a Standard Form 95, Claim for Damage, Injury, or Death, dated September 29, 1992, with the Farmers Home Administration, United States Department of Agriculture, seeking damages arising out of an accident that occurred on October 7, 1990. On October 29, 1992, you filed a civil action in the United States District Court for the District of Columbia, seeking damages arising out of the October 7, 1990, accident. Larry R. Williams v. United States, Civil Action No. 92-2418 NHJ, U.S.D.C. D.C.

Since you elected to file that civil action prior to the resolution of your administrative claim, your claim must be denied.

I am required by statute to advise you of your right to file suit in an appropriate United States District Court within six months of the date of the mailing of this letter if you are dissatisfied with the results of this determination.

Sincerely,

[signature]

KENNETH E. COHEN
Assistant General Counsel
Research and Operations Division

2/28/94
Azevedo

OGC-R&O--RM. 2321-S
U.S. DEPARTMENT OF AGRICULTURE
OFFICE OF THE GENERAL COUNSEL
WASHINGTON, D.C. 20250-1400

OFFICIAL BUSINESS

RETURN TO SENDER:
NOT AT THIS ADDRESS
ADDRESSEE TEMPORARILY RELEASED
UNABLE TO IDENTIFY-NEED CORRECT
NAME & REGISTER NUMBER

REMEMBER... Smokey Has for Fifty Years Prevent Forest Fires

DALLAS, TX PM 14 FEB 1994

WASHINGTON D.C. FEB -9'94

U.S. OFFICIAL MAIL

CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

Fold at line over top of envelope to the right of the return address

CERTIFIED
P 015 738 235
MAIL

Mr. Larry R. Williams
P.O. Box 9000
Seagoville, TX 95159-9000

75159-9000

Azeredo

MAY 20 1998

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. Larry Williams
301 North 7th St.
Nashville, Arkansas 71852

Subject: Claim of Larry R. Williams

Dear Mr. Williams:

Pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346(b), 2671, et seq., you filed a Standard Form 95, Claim for Damage, Injury, or Death, dated May 1, 1996, with the Farmers Home Administration, United States Department of Agriculture, seeking damages arising out of activity that occurred on October 7, 1990. On March 23, 1998, you filed a civil action in the United States District Court for the District of Columbia, seeking damages arising out of activities occurring on October 7, 1990. Larry Williams, et al. v. United States of America, Civil Action No. 98-0736 (GK), U.S.D.C. D.C.

Since you elected to file that civil action prior to the resolution of your administrative claim, your claim must be denied.

I am required by statute to advise you of your right to file suit in an appropriate United States District Court within six months of the date of the mailing of this letter if you are dissatisfied with the results of this determination.

Sincerely,

Kenneth E. Cohen

KENNETH E. COHEN
Assistant General Counsel
General Law Division

bcc: Ed Douglas
Tort Contact
Farm Service Agency

Kelly/Azeredo
OGC:GLD:RGAZEREDO:kyd:720-4136:05/21/98:doc. WILLIAMS.TOR.WPD Pg.1

File Reference: **9 LEG**

Azeredo

MAY 2 0 1998

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Mr. David Lewis Clark
P.O. Box 280
Amity, Arkansas 71921

Subject: Claim of Karen A. Williams

Dear Mr. Clark:

Pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346(b), 2671, et seq., you filed a claim for your client, Karen A. Williams, on a Standard Form 95, Claim for Damage, Injury, or Death, dated May 1, 1996, with the Farmers Home Administration, United States Department of Agriculture, seeking damages arising out of activity that occurred on October 7, 1990. On March 23, 1998, your client filed a civil action in the United States District Court for the District of Columbia, seeking damages arising out of activities occurring on October 7, 1990. Larry Williams, et al. v. United States of America, Civil Action No. 98-0736 (GK), U.S.D.C. D.C.

Since your client elected to file that civil action prior to the resolution of her administrative claim, her claim must be denied.

I am required by statute to advise you of your client's right to file suit in an appropriate United States District Court within six months of the date of the mailing of this letter if she is dissatisfied with the results of this determination.

Sincerely,

Kenneth E. Cohen

KENNETH E. COHEN
Assistant General Counsel
General Law Division

bcc: Ed Douglas
Tort Contact
Farm Service Agency

Kelly/Azeredo
OGC:GLD:RGAZEREDO:kyd:720-4136:05/21/98:doc. WILLIAMS.TOR.WPD Pg.2

File Reference: **9 LEG**



U.S. Department of Justice

Washington, D.C. 20530

JA:ABodolay:lh
157-16-16070

Telephone:
(202) 616-4262

JUL 14 1998

CERTIFIED-RETURN
RECEIPT REQUESTED

Mr. Larry R. Williams
301 North 7th Street
Nashville, Arkansas 71825

Mrs. Karen A. Williams
301 North 7th Street
Nashville, Arkansas 71825

David Lewis Clark, P.A.
Attorney at Law
P.O. Box 280
Amity, Arkansas 71927

Re: Administrative Tort Claims of Larry R. Williams and Karen A. Williams

Dear Mr. Williams, Ms. Williams and Mr. Clark:

On March 23, 1998, Mr. Larry R. Williams and Mrs. Karen A. Williams filed a lawsuit in United States District Court following presentation of their administrative tort claims dated May 1, 1996. Section 2675(a) of Title 28, United States Code, states:

> An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall been finally denied by the agency in writing and sent by certified or registered mail. The

Azevedo
[illegible]

> failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter be deemed a final denial of the claim for purposes of this section. The provisions of this subsection shall not apply to such claims as maybe asserted under the Federal Rules of Civil Procedure by third party complaint, cross-claim, or counterclaim.

Mr. Larry R. Williams and Mrs. Karen A. Williams have exercised their option under § 2675(a) to file suit. Accordingly, the administrative tort claims which they presented to the United States Department of Justice (Executive Office for United States Attorneys and the United States Marshals Service) are hereby denied.

I am required by law (28 C.F.R. § 14.9(a)) to inform you that if you are dissatisfied with this determination, you may file suit in an appropriate United States District Court not later than six months after the date of mailing of this notification of denial. 28 U.S.C. § 2401(b).

Yours very truly,

JEFFREY AXELRAD
Director, Torts Branch
Civil Division

cc: Honorable Wilma A. Lewis
United States Attorney
Judiciary Center Bldg.
555 Fourth Street, N.W.
Washington, D.C. 20001
Attn: Mr. Rudolph Contreras
Asst. U.S. Attorney

Ms. Marcia Johnson
Legal Counsel
Executive Office for
United States Attorneys
U.S. Department of Justice
Washington, D.C. 20530

Ms. Deborah Westbrook
General Counsel
United States Marshals Service
Suite 1250
600 Army Navy Drive
Arlington, VA 22202-4210

Honorable Charles R. Rawls
Acting General Counsel
U.S. Department of Agriculture
Room 107, West Building
14th and Independence Ave., S.W.
Washington, D.C. 20250-1400
Attn: Ms. Ruth Ann Azeredo ✓