```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, et ux.,        )
                                  )
            Plaintiffs,           )
                                  )
       v.                         )  Civil Action No. 05-1880 RWR
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Defendant.            )
_____)
```

ORDER

Upon consideration of the Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, the grounds stated therefore, and the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED that Defendant's motion should be and it hereby is granted; and it is,

FURTHER ORDERED that this action be and hereby is dismissed with prejudice.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

ELAINE MITTLEMAN, ESQ.
2040 Arch Drive
Falls Church, VA  22043