## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY R. WILLIAMS, *et al.*,              ) | |
| )| |
|     Plaintiffs,              ) | |
| ) | |
|     v.              ) | CA No. 05-01880-TFH |
| ) | |
| UNITED STATES OF AMERICA,              ) | |
| ) | |
|     Defendant.              ) | |

### PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
### OF TIME TO RESPOND TO
### DEFENDANT'S MOTION TO DISMISS

    Plaintiffs, Larry R. Williams, *et al.*, through undersigned counsel, hereby respectfully move, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time until May 5, 2006, to respond to defendant's motion to dismiss.  AUSA Mark Nebeker has stated that he consents to this motion.  Undersigned counsel has other matters, including ongoing discovery, which require additional effort and will be out of town for family obligations.

    Wherefore, for the above-stated reasons, plaintiffs shall have until May 5, 2006, to respond to defendant's motion.

    Respectfully submitted,

\_\_/s/_____
Elaine Mittleman
D.C. Bar # 317172
2040 Arch Drive
Falls Church, VA  22043
(703) 734-0482

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY R. WILLIAMS, *et al.*,            )<br>                                          )<br>        Plaintiffs,                      )<br>                                          )<br>    v.                                    )<br>                                          )<br>UNITED STATES OF AMERICA,                 )<br>                                          )<br>        Defendant.                        ) | CA No. 05-01880-TFH |

## ORDER

Upon consideration of plaintiffs' consent motion for enlargement of time and the entire record, it is hereby this _____ day of April, 2006,

**ORDERED** that the plaintiffs' motion is granted and plaintiffs shall have until May 5, 2006, to file their opposition to defendant's motion.

_____
Judge Thomas F. Hogan
United States District Judge

Copies to:

AUSA Mark Nebeker  
Judiciary Center Building  
555 4th St., N.W.  
Washington, D.C.  20530

Elaine Mittleman  
2040 Arch Drive  
Falls Church, VA  22043