UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY R. WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CA No. 05-01880-TFH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

Plaintiffs, Larry R. Williams, *et al.*, through undersigned counsel, hereby respectfully move, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time until June 8, 2006, to respond to defendant's motion to dismiss.  AUSA Mark Nebeker has stated that he consents to this motion.  Undersigned counsel has other matters, including ongoing discovery in several cases, a mediation conducted on May 3, 2006, and a petition for a writ of certiorari due on May 10, 2006, which must be completed.  In addition, plaintiff Williams has recently sent several large packages of material which counsel must review.

Wherefore, for the above-stated reasons, plaintiffs shall have until June 8, 2006, to respond to defendant's motion.

Respectfully submitted,

__/s/_____
Elaine Mittleman
D.C. Bar # 317172
2040 Arch Drive
Falls Church, VA  22043
(703) 734-0482

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY R. WILLIAMS, *et al.*,           )  | |
|                                        )  | |
|    Plaintiffs,          )  | |
|                                        )  | |
|  v.                               )  | CA No. 05-01880-TFH |
|                                        )  | |
| UNITED STATES OF AMERICA,              )  | |
|                                        )  | |
|    Defendant.           )  | |

**ORDER**

Upon consideration of plaintiffs' consent motion for enlargement of time and the entire record, it is hereby this _____ day of May, 2006,

**ORDERED** that the plaintiffs' motion is granted and plaintiffs shall have until June 8, 2006, to file their opposition to defendant's motion.

 

_____
Judge Thomas F. Hogan
United States District Judge

Copies to:

AUSA Mark Nebeker　　　　　　　　　　Elaine Mittleman
Judiciary Center Building　　　　　　　2040 Arch Drive
555 4th St., N.W.　　　　　　　　　　　Falls Church, VA  22043
Washington, D.C.  20530