FILED

MAY 5 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, *et al.*,         )
                                     )
      Plaintiffs,                    )
                                     )
v.                                   )    CA No. 05-01880-TFH
                                     )
UNITED STATES OF AMERICA,            )
                                     )
      Defendant.                     )

## ORDER

Upon consideration of plaintiffs' consent motion for enlargement of time and the entire record, it is hereby this _5th_ day of May, 2006,

**ORDERED** that the plaintiffs' motion is granted and plaintiffs shall have until June 8, 2006, to file their opposition to defendant's motion.

_____
Judge Thomas F. Hogan
United States District Judge

Copies to:

AUSA Mark Nebeker
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Elaine Mittleman
2040 Arch Drive
Falls Church, VA 22043