# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, *et al.*,    )
    )
       Plaintiffs,    )
    )
    v.    )    CA No. 05-01880-TFH
    )
UNITED STATES OF AMERICA,    )
    )
       Defendant.    )

## PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs, Larry R. Williams, *et al.*, through undersigned counsel, hereby respectfully move, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time until June 23, 2006, to respond to defendant's motion to dismiss. AUSA Mark Nebeker has stated that he consents to this motion. AUSA Nebeker indicated that he has an upcoming trial and then a scheduled vacation. He requested that this motion also provide that defendant shall have until July 21, 2006, to file its reply.

Undersigned counsel's 81-year-old father, Edward P. Elsner, Jr., recently retired from the practice of law in Seymour, Indiana. He has had a number of serious health concerns and was in intensive care for a week during the month of May. Counsel has traveled to Indiana twice in the last month to see her father.

In addition, undersigned counsel has been involved in efforts to reach a settlement in Steven Smith v. District of Columbia, CA No. 01-01882 (RWR), a case in which counsel was appointed pursuant to the Civil Pro Bono Panel.

Wherefore, for the above-stated reasons, plaintiffs shall have until June 23, 2006, to respond to defendant's motion and defendant shall have until July 21, 2006, to file its reply.

Respectfully submitted,

___/s/_____
Elaine Mittleman
D.C. Bar # 317172
2040 Arch Drive
Falls Church, VA  22043
(703) 734-0482

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY R. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CA No. 05-01880-TFH |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of plaintiffs' consent motion for enlargement of time and the entire record, it is hereby this _____ day of June, 2006,

**ORDERED** that the plaintiffs' motion is granted and plaintiffs shall have until June 23, 2006, to file their opposition to defendant's motion and defendant shall have until July 21, 2006, to file its reply.

_____
Chief Judge Thomas F. Hogan
United States District Judge

Copies to:

AUSA Mark Nebeker
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Elaine Mittleman
2040 Arch Drive
Falls Church, VA  22043