```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

LARRY R. WILLIAMS, et ux.,        )
                                  )
            Plaintiffs,            )
                                  )
       v.                         ) Civil Action No. 05-1880 RWR
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Defendant.            )
                                  )

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to August 10, 2006, within which to reply to Plaintiffs' Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment in the above action. A telephone call was placed to counsel for Plaintiffs, Elaine Mittleman, Esq., but she was not available and has not yet responded to the voice-mail message left for her seeking Plaintiffs' position on an enlargement of time.

This request is made because counsel for Defendants has been delayed in completing the needed reply. His responsibilities in several other matters this week have caused much of this delay; these include the need to complete a complex dispositive motion in another case, the need to assist in resolving a subpoena matter on an expedited basis, and the need to draft lengthy filings in a purported class action. These duties and counsel's responsibilities in several other cases will make completion of

the reply in advance of August 10, 2006, an unobtainable goal.

Accordingly, Defendant requests this enlargement of time.  A proposed Order consistent with this motion is attached.

                                        Respectfully submitted,

                                        _____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


                                        _____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


                                        _____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made through the court's electronic transmission facilities on this 20th day of July, 2006.

```
                              _____
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```