```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

LARRY R. WILLIAMS, et ux.,       )
                                 )
          Plaintiffs,            )
                                 )
     v.                          ) Civil Action No. 05-1880 RWR
                                 )
UNITED STATES OF AMERICA,        )
                                 )
          Defendant.             )
                                 )
```

ORDER

UPON CONSIDERATION of Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendant shall reply to Plaintiffs' Opposition To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment in this action be and is hereby enlarged up to and including August 10, 2006.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

ELAINE MITTLEMAN, ESQ.
2040 Arch Drive
Falls Church, VA  22043