# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY R. WILLIAMS, et al.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Civ. No. 05-1880 (TFH)** |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

For the reasons stated in the memorandum opinion that accompanies this order, defendant's Motion for Summary Judgment [dkt. 6] is, hereby, **GRANTED**. Accordingly, judgment shall be entered in favor of the defendant. Finally, it is **ORDERED** that the Clerk of the Court CLOSE this case and transmit a copy of this order to all counsel and parties of record.

**SO ORDERED.**

August 28, 2007

                                                                                       /s/

                                                          Thomas F. Hogan
                                                            Chief Judge