A0450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

————————————— DISTRICT OF COLUMBIA —————————————

WILLIAMS, et al

## JUDGMENT IN A CIVIL CASE

V.

UNITED STATES OF AMERICA

Case Number:   CA 05-1880

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IN A THE ABOVE TITLED CAUSE IS ENTERED IN FAVOR OF THE DEFENDANT, UNITED STATES OF AMERICA, AGAINST THE PLAINTIFF, WILLIAMS, et al

Dated:   8/29/07

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk